**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

*Electronically Filed*

| | |
|---|---|
| HEAVEN HILL DISTILLERIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOG STILL DISTILLING, LLC, )<br>)<br>Defendant. ) | Civil Action No. 3:21-cv-190-BJB-CHL |

**DEFENDANT LOG STILL DISTILLING, LLC'S**
**MOTION FOR LEAVE TO FILE UNDER SEAL**
**UNREDACTED OPPOSITION BRIEF AND SELECT EXHIBITS THERETO**
**TO PLAINTIFF HEAVEN HILL DISTILLERIES, INC.'S**
<u>**MOTION FOR PRELIMINARY INJUNCTION**</u>

Pursuant to an agreement of counsel regarding treatment of confidential materials produced in this case and LR 5.6 of the Joint Local Rules of Civil Practice, Defendant Log Still Distilling, LLC respectfully requests permission of the Court to file under seal an unredacted version of Log Still's Opposition to Plaintiff Heaven Hill Distilleries, Inc.'s Motion for Preliminary Injunction and Exhibits 1-4, 6, 13, 17, 22-23, and 27 thereto.  A redacted version of the Opposition has been filed on the public record.  [DN 37].

As grounds for this Motion, Log Still states that the redacted portions of the Opposition and Exhibits 1-4, 6, 13, 17, 22-23, and 27 contain information that has been designated as highly confidential or confidential by Plaintiff Heaven Hill Distilleries, Inc.  With respect to deposition transcripts filed under seal (Exhibits 1, 6, 13, 17, and 27), the time for designation of confidential information has not yet passed and Log Still requests to file depositions under seal to allow the

Parties time to designate information to remain confidential. Log Still must file the remaining exhibits under seal to avoid violating its obligations to maintain Heaven Hill's confidential information under the agreement and allow Heaven Hill the opportunity to articulate "a clearly defined and serious injury" if the materials are not sealed. *Shane Grp. Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016).

For these reasons, Log Still respectfully requests permission to file an unredacted version of the Opposition and Exhibits 1-4, 6, 13, 17, 22-23, and 27 thereto under seal. Log Still suggests that the Parties have fourteen (14) days to provide the court with any additional information concerning the material filed under seal, including any redacted versions of the Exhibits that could be filed on the public record as appropriate.

                                                    Respectfully submitted,

Dated: August 18, 2021

                                      */s/ Cory J. Skolnick*
                                      Cory J. Skolnick
                                      FROST BROWN TODD LLC
                                      400 West Market Street, 32nd Floor
                                      Louisville, Kentucky  40202
                                      (502) 568-0254
                                      cskolnick@fbtlaw.com

                                      Robert A. Angle (*Pro Hac Vice*)
                                      TROUTMAN PEPPER HAMILTON SANDERS LLP
                                      1001 Haxall Point, Suite 1500
                                      Richmond, Virginia  23219
                                      (804) 697-1246
                                      robert.angle@troutman.com

                                      Lindsay Mitchell Henner (*Pro Hac Vice*)
                                      TROUTMAN PEPPER HAMILTON SANDERS LLP
                                      600 Peachtree Street NE, Suite 3000
                                      Atlanta, Georgia 30308
                                      (404) 885-3000
                                      lindsay.henner@troutman.com
                                      **Counsel for Log Still Distilling, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of August 2021, I caused to be electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

Christopher W. Brooker, Esq.
Matthew A. Williams
Sean G. Williamson
Julie Laemmle Watts
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky 40202
cbrooker@wyattfirm.com
mwilliams@wyattfirm.com
swilliamson@wyattfirm.com
jwatts@wyattfirm.com

*Counsel for Plaintiff Heaven Hill Distilleries, Inc.*

                                            */s/ Cory J. Skolnick*
                                            **Counsel for Log Still Distilling, LLC**